IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA HOLT,<br><br>     Plaintiff<br><br>vs.<br><br>PERRY POLLARD, BAYER CORPORATION, and RENAISSANCE HOTEL HOLDINGS, INC., d/b/a RAMADA INN CHICOPEE, MASSACHUSETTS,<br><br>     Defendants. | Civil Action No. 3:05-cv-30128-MAP |

**MOTION OF BAYER CORPORATION TO DISMISS COMPLAINT**

Bayer Corporation moves pursuant to Rule 12 (b)(6) to dismiss the Complaint because it does not state a claim upon which relief against Bayer may be granted. In support hereof, Bayer submits a Memorandum of Law and avers as follows:

1. Plaintiff alleges that she was sexually assaulted and raped at a Hotel by an individual who was an employee of Bayer allegedly in Chicopee, Massachusetts to attend a work-related seminar.

2. While plaintiff alleges that the assailant was acting in the course and scope of employment, there is no set of facts which can be alleged which would suffice to bring the sexual assault and rape of the plaintiff within the course and scope of the assailant's employment. Bayer cannot, as a matter of law, be vicariously liable for the conduct allegedly committed against the plaintiff.

3. The complaint alleges no other basis for liability against Bayer.

WHEREFORE, Bayer Corporation prays that this motion be granted and the Complaint dismissed as to it, with prejudice.

{K0304530.1}

Respectfully submitted,

*[signature]*
_____
Peter F. Carr (BBO#600069)
Eckert Seamans Cherin & Mellott LLC
One International Place
18th Floor
Boston, MA 02110
Telephone 617-342-6853
Facsimile 617-342-6899

John J. Myers
Eckert Seamans Cherin & Mellott LLC
44th Floor, 600 Grant Street
Pittsburgh, PA 15219
Telephone 412-566-5900
Facsimile 412-566-6099

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA HOLT,<br><br>    Plaintiff<br><br>vs.<br><br>PERRY POLLARD, BAYER CORPORATION, and RENAISSANCE HOTEL HOLDINGS, INC., d/b/a RAMADA INN CHICOPEE, MASSACHUSETTS,<br><br>    Defendants. | Civil Action No. |

## ORDER OF COURT

AND NOW, to wit, this __ day of _____, 2005, upon consideration of the Motion of Bayer Corporation to dismiss the Complaint, IT IS ORDERED that the Complaint be dismissed with prejudice.

_____
United States District Judge

{K0304530.1}

## Certificate of Service

I certify that on the 9th day of June, 2005, a true copy of the foregoing Motion to Dismiss was served on all parties, addressed as follows:

>Victoria Lauro Wright, Esquire
>Coolidge & Lauro
>80 Maple Street
>Springfield, MA 01103
>Counsel for Plaintiff
>
>Brian Blackburn, Esq.
>P.O. Box 210
>Northhampton, MA 01061
>Counsel for Perry Pollard
>
>Barney Joseph, Esq.
>Marriott International, Inc.
>10400 Fernwood Road
>Bethesda, MD 20817
>Counsel for Renaissance Hotel Holdings, Inc.

_____

{K0304530.1}