IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA HOLT,<br><br>    Plaintiff<br><br>vs.<br><br>PERRY POLLARD, BAYER CORPORATION, and RENAISSANCE HOTEL HOLDINGS, INC., d/b/a RAMADA INN CHICOPEE, MASSACHUSETTS,<br><br>    Defendants. | Civil Action No. 05-30128-MAP |

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

I hereby certify that I attempted to reach counsel for Plaintiff Cynthia Holt to discuss the issues raised in Defendant's Motion to Dismiss in an attempt, in good faith, to narrow or resolve the issues in dispute. I was not able to reach Plaintiff's counsel, despite my attempts.

Respectfully submitted,

BAYER CORPORATION

By its attorneys,

_____
Peter F. Carr (BBO #600069)
Eckert Seamans Cherin & Mellott, LLC
One International Place, 18th Floor
Boston, Massachusetts 02110
Telephone: 617.342.6800
Facsimile: 617.342.6899

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail/hand on 6-9-05
[signature]

Dated: June 9, 2005

{K0304504.1}