UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CYNTHIA HOLT, | ) | |
| Plaintiff(s) | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-30128-MAP |
| | ) | |
| PERRY POLLARD, et al, | ) | |
| Defendant(s) | ) | |

## ASSENTED TO MOTION TO CONTINUE

Now come the Plaintiff and Defendant in the above titled action and respectfully

requests that this matter scheduled for an INITIAL SCHEDULING CONFERENCE on

NOVEMBER 4, 2005 at 9:30 a.m. be continued to either NOVEMBER 22, 2005 or

December 6 or 7, 2005, if these dates are available to this honorable Court.

The attorneys of record, Philip H. Lauro and Victoria Lauro-Wright, do hereby

State the following:

1. The date of November 4, 2005 is unavailable to plaintiff's counsel.

2. The dates given are agreeable to both plaintiff and defense counsel.

3. This is the first continuance request by either party.

The Plaintiff,
By Her Attorneys,

Philip H. Lauro, BBO # 288320
Cooledge & Lauro
80 Maple Street
Springfield, MA 01105
(413) 732-118

Victoria Lauro Wright
BBO # 646405

The Defendant,
By His Attorney,

Brian Blackburn (VLW)
Brian Blackburn
BBO # 044420
P.O. Box 210
Northampton, MA 01061

CERTIFICATE OF SERVICE

I hereby certify that I have mailed this motion to continue via first class certified
mail on Tuesday, November 1, 2005 to Deputy Clerk Bethany A. Healy and to
Attorney Brian Blackburn.

Attorney Victoria Lauro Wright