UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Cynthia Holt** ) | Case No.:3:05-CV-30128-MAP |
| ) | |
| Plaintiff, ) | |
| ) | **DEFENDANT PERRY POLLARD'S** |
| vs. ) | **SUGGESTION OF BANKRUPTCY** |
| ) | |
| **Perry Pollard, et al,** ) | |
| ) | |
| Defendant ) | |
| ) | |
| ) | |

Now comes the Defendant, Perry Pollard, and suggests to this Honorable Court that he has filed a petition in bankruptcy on February 5, 2003, in the United States Bankruptcy Court for the Southern District of Indiana, Docket No. 03-90367-BHL-13, and he was duly adjudicated a bankruptcy in accordance with the United States Bankruptcy Code, and that said bankruptcy proceedings are still pending.

WHEREFORE, the defendant, Perry Pollard, moves that the above-captioned matter be stayed and continued to await his discharge in Bankruptcy.

Respectfully Submitted for the Defendant,
Perry Pollard
By his Attorney,

_December 8, 2005_
Date

_Brian L Blackburn_
Brian Blackburn
**Green, Miles, Lipton & Fitz-Gibbon LLP**
77 Pleasant Street
P.O. Box 210
Northampton, MA 01061
Telephone: (413) 586-0865
BBO # 044420

1