Cynthia Holt
v.
Perry Pollard

Civil Action No
05-30128-MAP

## Joint Discovery Plan & Motion Schedule

(a) The parties shall complete their automatic disclosure on or before March 1, 2006

(b) All written discovery shall be served by May 1, 2006

(c) Counsel shall appear for a case management conference in ~~August~~ September 2006 at a date & time designated by Court

(d) Non-expert depositions shall be completed by November 1, 2006

(e) The plaintiff shall designate and disclose information regarding his trial experts as required by Fed. R. Civ. P. 26(a)(2) by November 1, 2006

(F) The defendents shall designate and disclose information regarding their trial experts as required by Fed. R. Civ. P. 26(a)(2) by December 1, 2006

(g) All expert depositions shall be

completed by January 1, 2007.

(h) Motions for summary judgment are to be filed by March 1, 2007 and responses are to be filed twenty days thereafter pursuant to Local Rule 7.1 and all filings must conform to the requirements of L.R. 56.1.

2. ~~(a)~~ Certifications regarding each party's consultation with counsel regarding budgets and alternative dispute resolution will be filed separately with the Court.

3. ~~The parties will consider~~

3. The plaintiff has submitted a settlement proposal to counsel for the defendants, and both sides continue to discuss settlement options for the benefit of this case in effort to resolve this case prior to engaging in protracted litigation.