**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **Cynthia Holt** | ) | Case No.: **05-30128-MAP** |
| Plaintiff, | ) | |
| vs. | ) | **NOTICE OF APPEARANCE** |
| **Perry Pollard, et al,** | ) | |
| Defendant | ) | |

Please enter my appearance as co-counsel for the Defendant in this action.

| | |
|---|---|
| 5/24/2006 | /s/ John M. McLaughlin |
| Date | John M. McLaughlin |
| | **Green, Miles, Lipton & Fitz-Gibbon LLP** |
| | 77 Pleasant Street |
| | P.O. Box 210 |
| | Northampton, MA 01061 |
| | Telephone: (413) 586-8218 |
| | BBO No. 556328 |

1