UNITED STATES DISTRICT COURT
WESTERN MASSACHUSETTS DISTRICT

Civil Action No.: 3:05-CV-30128 MAP

| | |
|---|---|
| CYNTHIA HOLT,<br>　　　　Plaintiff<br><br>v.<br><br>PERRY POLLARD, BAYER<br>CORPORATION and RENAISSANCE<br>HOLDINGS, INC., d/b/a RAMADA<br>INN CHICOPEE, MASSACHUSETTS,<br>　　　　Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Now comes the parties, by and through counsel of record, pursuant to the provisions of Federal R. Civ. P. 41 (a) (1) (i), and **Stipulate** to the dismissal of the above-captioned action, with prejudice, and without costs.

Dated: June 6, 2006

Respectfully submitted,
By her attorney,

_____
Philip H. Lauro, Esquire
Cooledge & Lauro
80 Maple Street
Springfield, MA 01105
Tel:   (413)-732-1188
Fax:   (413)-737-8580
BBO #: 228320

Respectfully submitted,
By his attorneys,

_____
John M. McLaughlin
GREEN, MILES, LIPTON
& FITZ-GIBBON, LLP
77 Pleasant Street
P.O. Box 210
Northampton, MA 01061-0210
Tel: (413)-586-8218
Fax: (413)-584-6278
BBO #: 556328

_____
Brian L. Blackburn
GREEN, MILES, LIPTON
& FITZ-GIBBON, LLP
77 Pleasant Street
P.O. Box 210
Northampton, MA 01061-0210
Tel: (413)-586-8218
Fax: (413)-584-6278
BBO#: 044420